**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☒ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: **Pascual Alvarez** | JOINT DEBTOR: **Sofia Alvarez** | CASE NO.: **13-32496** |
| Last Four Digits of SS# **xxx-xx-0126** | Last Four Digits of SS# **xxx-xx-4475** | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **777.78** for months **1** to **10** ;
B. $ **755.56** for months **11** to **60** ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,500.00** TOTAL PAID $ **2,500.00**
Balance Due $ **1,000.00** payable $ **100.00** /month (Months **1** to **10** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-** Arrearage on Petition Date $ _____
Address: _____ Arrears Payment $ _____ /month (Months _ to _)
Account No: _____ Regular Payment $ _____ /month (Months _ to _)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

**-NONE-** Total Due $ _____
Payable $ _____ /month (Months _ to _) Regular Payment $ _____

Unsecured Creditors: Pay $ **600** /month (Months **1** to **10** ).
Pay $ **680** /month (Months **11** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**Nissn Inf Lt**        Acct# 25006443206
              Lease
              2011 Nissan Sentra

**The Debtor is hereby advised that the chapter 13 trustee has requested that the debtor comply with 521(f) 1-4 on an annual basis during the pendency of this case. The Debtor hereby acknowledges that each year the case is pending the debtor shall provide the trustee with her filed tax returns filed with the Internal Revenue Service or other taxing agency on or before May 15 and shall provide the trustee with verification of their disposable income.**

**The debtors will assume the lease held by Nissn Inf Lt for the 2011 Nissan Sentra.**

**Special Intentions:**

**Nissn Inf Lt (Account No. XXXX3206): Debtors will pay claim directly.**

LF-31 (rev. 01/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| **/s/ Pascual Alvarez** | **/s/ Sofia Alvarez** |
| **Pascual Alvarez** | **Sofia Alvarez** |
| Debtor | Joint Debtor |
| Date:  **November 22, 2014** | Date:  **November 22, 2013** |

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy